IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DARLENE ARAGON,

    Plaintiff,

v.

                        Case No.  1:16-cv-00069 WPL/SCY

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon Defendant's Motion to Dismiss with Prejudice all claims which have been set forth or which could have been set forth in this action by Plaintiff (Doc. 43), and the Court having considered said Order, noting the concurrence of counsel, and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the above-captioned matter, against Defendant are hereby dismissed with prejudice.

                                                      William P. Lynch
                                                      United States Magistrate Judge

APPROVED:

/s/ Nancy Cronin, by telephone call 8/30/16
Nancy Cronin, Esq.
*Duhigg, Cronin, Spring & Berlin, P.A.*

*/s/*Ann L. Keith, via email on 8/30/16
Ann L. Keith, Esq.
Stiff Keith & Garcia LLC

 /s/ Stephen M. Simone
Stephen M. Simone
*Attorney for Defendant*